United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

SHANNON TANISAKI,

    Defendant.

Case No.  25-cr-00262-RS-1

**TEMPORARY RESTRAINING ORDER**

Defendant Shannon Tanisaki has been ordered to pay restitution to Haynes, Beffel & Wolfeld LLP ("Haynes") in the amount of $887,217.00. Upon review of the motion brought by Haynes and good cause appearing, Sheet Metal Workers Local 104 and the administrator of its Pension Plan are prohibited from distributing Pension funds to Timothy Tanisaki prior to July 17, 2026. No later than July 9, 2026, Haynes may file a brief setting out any basis it may have to continue the restraint on distribution beyond July 17, 2026. Shannon and/or Timothy Tanisaki may file opposition no later than July 15, 2026. Haynes shall serve a copy of this order on all potentially affected persons forthwith, and file proof of service thereafter.

**IT IS SO ORDERED**.

Dated: June 29, 2026

_____
RICHARD SEEBORG
Chief United States District Judge

United States District Court
Northern District of California

CASE NO. 25-cr-00262-RS-1

2