United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,

v.

SHANNON TANISAKI,
Defendant.

Case No. 25-cr-00262-RS-1

**ORDER DENYING MOTION TO EXTEND TEMPORARY RESTRAINING ORDER**

Approximately one week after the deadline for doing so, Haynes Beffel & Wolfeld LLP filed a request to extend the Temporary Restraining Order it previously obtained in this matter. In a supporting declaration, an attorney representing Haynes Beffel asserts she was out of the country when the application was due, but there is no adequate showing why the application could not have been timely filed, or at least a request for an extension of time, by others in counsel's firm, with whom the traveling attorney acknowledges being in communication.

Additionally, while Haynes Beffel argues there may be certain tax differences and speculates there will be additional risk upon expiration of the Temporary Restraining Order, it has not made an adequate showing of imminent harm. The application to extend the Temporary Restraining Order is denied.

**IT IS SO ORDERED**.

United States District Court
Northern District of California

Dated: July 17, 2026

RICHARD SEEBORG
United States District Judge